IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| IRVIN, RICHARD A. | ) | CASE NO. 2-08-bk-09991-SSC |
| IRVIN, SCHODI B., | ) | |
| | ) | |
| | ) | ORDER TO PAY DIVIDEND |
| Debtor(s) | ) | IN AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $1.30 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____    _____
DATE                            THE HONORABLE SARAH SHARER CURLEY
                                UNITED STATES BANKRUPTCY JUDGE